Michael Gogal, Esq.
127 Main Street
Chatham, New Jersey 07039
(973) 635-6300
(973) 635-6363 (fax)
Attorney for Defendant William Garcia

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>                    Plaintiff,<br>v.<br><br>WILLIAM GARCIA,<br><br>                    Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>HONORABLE JOSE L. LINARES<br><br>Docket No. 07-700-001<br><br><br><br>**ORDER REDUCING SENTENCE** |

THIS MATTER having been made on the motion of Defendant William Garcia, through his attorney Michael Gogal, for the entry of an Order Reducing Sentence; and the Court having considered the application (and any opposition thereto), and for good cause shown;

IT IS ON THIS ___6th___ day of ___June___, 2008;

ORDERED that the motion to reduce sentence is granted; and it is hereby

ORDERED that William Garcia is sentenced to a term of thirty-six (36) months, and that all other conditions of sentence previously imposed shall remain.

_____
HONORABLE JOSE L. LINARES,
U.S.D.J.